1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIN SNIDER, Bar #304781
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: (559) 487-5561
5 | Fax: (559) 487-5950

6 | Attorney for Defendant
MATT HORTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:14-mj-00028-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO SET STATUS CONFERENCE AND FOR RULE 43 WAIVER |
| vs. | ) ) | OF APPEARANCE AT STATUS CONFERENCE; ORDER THEREON |
| MATT HORTON, | ) ) | Date: January 6, 2016 |
| Defendant. | ) ) | Time: 10:00 a.m. |
|  | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Yosemite Legal Officer Matthew McNease, counsel for the government, and Assistant Federal Defender Erin Snider, counsel for Matt Horton, that the above-captioned matter be placed on calendar for a status conference on January 6, 2016.  Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Mr. Horton, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear at the January 6, 2016 status conference and be allowed to appear telephonically.  Mr. Horton agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  The government has no objection to this request.

Mr. Horton was charged by Criminal Complaint with failure to comply with the

1   directions of a traffic control device, carrying or storing an open container of alcohol in a motor
2   vehicle, and possession of a controlled substance (crystal methamphetamine).  On July 29, 2015,
3   Mr. Horton appeared in court and pled guilty to possession of a controlled substance.  The
4   remaining charges were dismissed pursuant to a plea agreement with the government.  At that
5   time, the Court set a sentencing hearing for September 29, 2015, with instructions for defense to
6   inquire into a possible Salvation Army placement.  The Court authorized Mr. Horton to appear
7   via telephone at the sentencing hearing.  On September 25, 2015, the hearing was moved to
8   September 30, 2015.  On that date, Mr. Horton failed to call in and the Court issued a warrant.

9   Since the September 30, 2015 hearing, Mr. Horton has been in contact with the Federal
10  Defender's office and would like to clear the warrant.  However, Mr. Horton lives in La Grange,
11  California, and has no means of getting to Yosemite for a court appearance.  His car is not
12  registered and, thus, he cannot drive to Yosemite.  There is no public transportation between La
13  Grange and Yosemite.  Moreover, Mr. Horton is currently unemployed and is unable to pay for
14  transportation.

15  Therefore, Mr. Horton respectfully requests that the Court grant a waiver of his right and
16  obligation to be personally present and that he be permitted to appear via telephone.

17
18                                          Respectfully submitted,
19                                          HEATHER E. WILLIAMS
                                            Federal Defender
20
21  Dated:  December 22, 2015               /s/ Erin Snider
                                            ERIN SNIDER
22                                          Assistant Federal Defender
                                            Attorney for Defendant
23                                          MATT HORTON
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**O R D E R**

**GOOD CAUSE APPEARING**, the above request to set a status conference for January 6, 2016, and to waive Defendant's personal appearance at the status conference in case No. 6:14-mj-00028-MJS, is hereby accepted and adopted as the order of this Court.  Defendat is ORDERED to appear at the conference by telephone.

IT IS SO ORDERED.

Dated:   December 23, 2015              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE